JUDGE MORGENSTERN-CLARREN

# United States Bankruptcy Court
## Northern District of Ohio

In re  Ada M. Martin

Debtor(s)

Case No. 08-13310

Chapter 7

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept ................. $   125.00

   Prior to the filing of this statement I have received ........................... $   0.00

   Balance Due ................................................................................ $   0.00

2. I have prepared or caused to be prepared the following documents (itemize): vol petition, exh D, Summary of schedules Statistical Summary, Schedules, A-J, Declaration of Schedules, Notice to Debtor, Statment of Social Security Number, means test, Verificatin of Creditor Matrix, Creditor Mailing List,

   and provided the following services (itemize):

3. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   NAME                          SOCIAL SECURITY NUMBER

FILED 2008 MAY -2 PM 1:39
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

B 280
(12/94)

# DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_/s/ M. Williams_  
Signature

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  
Social Security Number

May 1, 2008  
Date

Name (Print): **M. Williams**  
Address: **14921 Lake Ave, Suite 1**  
**Cleveland, Ohio 44107**

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*